UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
SOUTHERN DIVISION

TAMEKA BERRY, AND KIMBERLY WALL,

      Plaintiffs,

  v.                        Case No. 1:20-cv-02932-JMS-MPB

STEAK N SHAKE INC.,

      Defendant.

## MOTION TO WITHDRAW MOTION TO APPEAR *PRO HAC VICE* [34] AND REQUEST FOR FILING FEE REFUND

Counsel for Defendant filed a Motion to Appear *Pro Hac Vice* [Doc. 34] today, January 26, 2021. Defendant asks the Court to withdraw the motion and to refund the $100.00 filing fee. In support of same, the undersigned states as follows:

1. Document 34 was erroneously filed as undersigned counsel is currently admitted to practice in the United States Court, Southern District of Illinois.

2. Undersigned counsel had directed that a notice of appearance be filed; however, the Motion for Admission *Pro Hac Vice* was filed instead, in error.

3. Additionally, it is requested that the $100.00 filing for admission *pro hac vice* be refunded to Ogletree Deakins.

WHEREFORE, for the above reasons, counsel for Defendant requests that Motion to Appear *Pro Hac Vice* [Doc. 34] be withdrawn from the docket and the $100 filing fee, Receipt No. 0756-6384526, be refunded.

Dated: January 26, 2021.

Respectfully submitted,

/s/ Patrick F. Hulla
Patrick F. Hulla, MO 41745
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4520 Main Street, Suite 400
Kansas City, MO  64111
Telephone:  816-471-1301
Facsimile:  816-471-1303
*patrick.hulla@ogletree.com*

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of January, 2021, the foregoing was filed electronically with the Clerk of the Court using the ECF system, who then sent email notification to:

J. Russ Bryant
Robert E. Turner, IV
Robert E. Morelli, III
**JACKSON, SHIELDS, YEISER,**
**HOLT, OWEN & BRYANT**
*rbryant@jsyc.com*
*rturner@jsyc.com*
*rmorelli@jsyc.com*

**ATTORNEYS FOR PLAINTIFF**

/s/ Patrick F. Hulla_____
Patrick F. Hulla

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
SOUTHERN DIVISION

**TAMEKA BERRY, AND KIMBERLY WALL,**

      **Plaintiffs,**

      v.         Case No. 1:20-cv-02932-JMS-MPB

**STEAK N SHAKE INC.,**

      **Defendant.**

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of **Patrick F. Hulla**, counsel for Defendant Steak N Shake, Inc, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Patrick F. Hulla, MO 41745
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111
Telephone: 816-471-1301
Facsimile: 816-471-1303
*patrick.hulla@ogletree.com*

Dated: _____

      _____
      Judge Matthew P. Brookman
      United States District Court
      Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
Patrick F. Hulla
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111

45770637.1