UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
SOUTHERN DIVISION

TAMEKA BERRY, AND KIMBERLY WALL,

    **Plaintiffs,**

    v.

STEAK N SHAKE INC.,

    **Defendant.**

Case No. 1:20-cv-02932-JMS-MPB

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY DARIN P. SHREVES**

Patrick F. Hulla of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C., pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Darin P. Shreves of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant Steak N Shake Inc., in the above-styled cause only. In support of this motion, the undersigned states:

    1. The Certification of Darin P. Shreves, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

    2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

    WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Darin P. Shreves leave to appear *pro hac vice* for purposes of this cause only.

    Dated:  April 20, 2021.

Respectfully submitted,

/s/ Patrick F. Hulla
Patrick F. Hulla, MO 41745
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4520 Main Street, Suite 400
Kansas City, MO  64111
Telephone:  816-471-1301
Facsimile:  816-471-1303
*patrick.hulla@ogletree.com*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20th, 2021, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Darin P. Shreves was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

J. Russ Bryant
Robert E. Turner, IV
Robert E. Morelli, III
**JACKSON, SHIELDS, YEISER,**
**HOLT, OWEN & BRYANT**
*rbryant@jsyc.com*
*rturner@jsyc.com*
*rmorelli@jsyc.com*

**ATTORNEYS FOR PLAINTIFF**

/s/ Patrick F. Hulla
Patrick F. Hulla