IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMEKA BERRY, AND KIMBERLY WALL, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED PERSONS,<br><br>    Plaintiffs,<br><br>v.<br><br>STEAK N SHAKE INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:20-cv-02932-JMS-MPB<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Pursuant to S.D. Ind. L.R. 7-1(h), Defendant hereby notifies the Court the parties have reached a settlement in this matter. The parties will work to finalize the settlement in the next thirty (30) days.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Patrick F. Hulla
Patrick F. Hulla, MO 41745
4520 Main Street, Suite 400
Kansas City, MO  64111
Telephone:  816-471-1301
Facsimile:  816-471-1303
patrick.hulla@ogletree.com

**ATTORNEYS FOR DEFENDANT STEAK N SHAKE INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on August 18th, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

J. Russ Bryant
Robert E. Turner, IV
Robert E. Morelli, III
**JACKSON, SHIELDS, YEISER,**
**HOLT, OWEN & BRYANT**
rbryant@jsyc.com
rturner@jsyc.com
rmorelli@jsyc.com

**ATTORNEYS FOR PLAINTIFF**

                                  /s/ Patrick F. Hulla
                                  **ATTORNEY FOR DEFENDANT STEAK N SHAKE INC.**