IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMEKA BERRY and KIMBERLY WALL, individually and on behalf of all similarly situated persons,<br><br>   Plaintiffs,<br><br>v.<br><br>STEAK N SHAKE INC, an Indiana corporation,<br><br>   Defendant. | Civil Action No. 1:20-cv-02932-JMS-MPB<br><br>JURY TRIAL DEMANDED |

> Dismissal with prejudice acknowledged [98] as to Ms. Berry and Ms. Wall's individual claims and the claims of the additional opt in plaintiffs Samarria Davenport and Linda Halsey.
> JMS, DJ 9/20/22
> Distribution via ECF

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to dismiss this action with prejudice, with each party bearing its own costs and fees.

Respectfully submitted,

*/s/ Robert E. Morelli, III*
J. Russ Bryant (TN BPR #33830)
Robert E. Turner, IV (TN BPR #35364)
Robert E. Morelli, III (TN BPR #37004)
**JACKSON, SHIELDS, YEISER, HOLT OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
*rbryant@jsyc.com*
*rturner@jsyc.com*
*rmorelli@jsyc.com*

&

*/s/ Patrick F. Hulla*
**OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.**